1  John W. Holcomb (Bar No. 172121)
   john.holcomb@knobbe.com
2  Amy C. Chun (Bar No. 204052)
   amy.chun@knobbe.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, 14th Floor
4  Irvine, CA  92614
   Telephone:  949-760-0404
5  Facsimile:  949-760-9502

6  Attorneys for Plaintiff and Counterdefendant iRISE

7

   Sonal N. Mehta (Bar No. 222086)
8  sonal.mehta@weil.com
   J. Jason Lang (Bar No. 255642)
9  jason.lang@weil.com
   WEIL, GOTSHAL & MANGES LLP
10 201 Redwood Shores Parkway
   Redwood Shores, CA  94065-1134
11 Telephone:  650-802-3000
   Facsimile:  650-802-3100
12
   Attorneys for Defendant and Counterclaimant
13 AXURE SOFTWARE SOLUTIONS, INC.

JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| iRISE, a California corporation, | Case No.: 2:14-cv-08931 SJO (SHx) |
|---|---|
| Plaintiff | **ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION, WITHOUT PREJUDICE, PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| AXURE SOFTWARE SOLUTIONS, INC., a California corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | Hon. S. James Otero |

## ORDER

The Court, having reviewed the "Stipulation of Dismissal of Action, Without Prejudice, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure" filed by Plaintiff and Counterdefendant iRise and Defendant and Counterclaimant Axure Software Solutions, Inc., and good cause appearing therefor, hereby ORDERS as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action, including all claims and counterclaims asserted therein, is hereby dismissed without prejudice.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

June 4, 2015.

Dated:_____

*S. James Otero*

Hon. S. James Otero
United States District Judge

20683900
060115

-1-